February 28, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

SUNCHASE AMERICAN, LTD, Appellant

NO. 14-12-00513-CV                             V.

ELBERT WARNER, Appellee

_____

Today the Court heard appellant's unopposed motion to dismiss the appeal and remand the judgment signed by the court below on November 28, 2011. Having considered the motion and found it meritorious, we **VACATE** the judgment **AND REMAND** the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

We further order that all costs incurred by reason of this appeal be paid by appellant, Sunchase American, Ltd.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.